# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| RANDALL KELLY MEYER; SAMS ANTICS INCORPORATED<br><br>　　　　Plaintiffs,<br><br>　　　　V.<br><br>PRESIDENT JOSEPH R. BIDEN, JR., in his official capacity as President of the United States of America; STATE OF NEBRASKA; MIKE HILGERS, in his official capacity as Attorney General of the State of Nebraska; STATE OF MISSOURI; ANDREW BAILEY, in his official capacity as Attorney General of the State of Missouri; STATE OF ARKANSAS; JOHN TIMOTHY GRIFFIN, in his official capacity as Attorney General of the State of Arkansas; STATE OF IOWA; BRENNA BIRD, in her official capacity as Attorney General of the State of Iowa; STATE OF KANSAS; KRIS WILLIAM KOBACH, in his official capacity as Attorney General of the State of Kansas; STATE OF SOUTH CAROLINA; ALAN MCCRORY WILSON, in his official capacity as Attorney General of the State of South Carolina<br><br>　　　　Defendants. | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 23-00470 JMS-WRP<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br>Dec 12, 2023, 11:29 am<br>Lucy H. Carrillo, Clerk of Court |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered pursuant to the "Order (1) Granting IFP Application, ECF No. 3; and (2) Dismissing Complaint, ECF No. 1, Without Leave to Amend", ECF No. 7, filed on December 12, 2023.

|  |  |
|---|---|
| December 12, 2023 | LUCY H. CARRILLO |
| Date | Clerk |
|  | /s/ LUCY H. CARRILLO by EA |
|  | (By) Deputy Clerk |